FILED
U.S. DISTRICT COURT
SAVANNAH

2013 FEB -6 AM 11: 27

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CHRISTOPHER GREEN,                )
                                  )
    Petitioner,                   )
                                  )
v.                                )    CASE NO. CV512-124
                                  )
UNITED STATES OF AMERICA,         )
                                  )
    Respondent.                   )
                                  )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the 28 U.S.C. § 2255 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in certain matters unless the Court issues a certificate of appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit a Certificate

of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 6th day of February 2013.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA